Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–28791–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Denelle A. Agosto　　　　　　　　　　　　　David Rios
24 Rochelle Dr　　　　　　　　　　　　　　24 Rochelle Dr
Eastampton, NJ 08060–2526　　　　　　　　Eastampton, NJ 08060–2526

Social Security No.:
xxx–xx–5154　　　　　　　　　　　　　　　xxx–xx–2108

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:　　　　12/3/19
Time:　　　　10:00 AM
Location:　　Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

　　　　An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

　　　　**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 8, 2019
JAN: wdr

　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-28791-MBK
Denelle A. Agosto                                                       Chapter 13
David Rios
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 08, 2019
                              Form ID: 132             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
```
db/jdb         Denelle A. Agosto,    David Rios,    24 Rochelle Dr,    Eastampton, NJ 08060-2526
518495472      ++ASCENDIUM EDUCATION SOLUTIONS INC,    2501 INTERNATIONAL LANE,   MADISON WI 53704-3180
                 (address filed with court: Ascendium Education Solutions, Inc,    PO Box 8961,
                 Madison WI 53708-8961)
518493182      Apex Asset Managemen,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
518493183      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
518493184      Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518493189      DSNB/Bloomingdales,    PO Box 8218,    Mason, OH 45040-8218
518493191      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                 (address filed with court: FSB Blaze Credit Card,    500 E 60th St N,
                 Sioux Falls, SD 57104-0478)
518493190      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518493193      Hamilton Twp Municipal Court,    1270 Whitehorse Ave,    Hamilton, NJ 08619
518493194      Hummingbird Funds, LLC dba Blue Trust,    PO Box 1754,   Hayward, WI 54843-1754
518493197      Lakeview Loan Servicing, LLLC,    c/o KML Law Group PC,    216 Haddon Ave Ste 406,
                 Westmont, NJ 08108-2812
518493201      New Century Financia,    c/o Eltman Law,    101 Hudson St Ste 2702,   Jersey City, NJ 07302-3929
518493203      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State Of New Jersey,    Po Box 245,
                 Division Of Taxation-Bankruptcy Section,    Trenton, NJ 08695-0000)
518493202      State Of New Jersey,    Surcharge Violation System,    PO Box 4850,   Trenton, NJ 08650-4850
518493208      Trenton Municipal Court,    225 N Clinton Ave,    Trenton, NJ 08609-1015
518493209      Wakefield and Associates,    PO Box 50250,    Knoxville, TN 37950-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 09 2019 00:20:16     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 09 2019 00:20:13    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518495472      E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Oct 09 2019 00:19:23
                 Ascendium Education Solutions, Inc,    PO Box 8961,   Madison WI 53708-8961
518493185      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 09 2019 00:26:41
                 Capital One Bank Usa NA,    P.O. Box 30281,   Salt Lake City, UT 84130-0281
518493186      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 09 2019 00:19:58
                 Comenity Bank/Victorias Secret,    Po Box 182273,   Columbus, OH 43218-2273
518493187      E-mail/PDF: creditonebknotifications@resurgent.com Oct 09 2019 00:27:55     Credit One Ban,
                 PO Box 98872,    Las Vegas, NV 89193-8872
518493188      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 09 2019 00:26:46     Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518493192      E-mail/Text: bankruptcygpl@greatplainslending.com Oct 09 2019 00:20:37     Great Plains Lending,
                 112 Paradise Dr Ste B,    Red Rock, OK 74651-2203
518493195      E-mail/Text: cio.bncmail@irs.gov Oct 09 2019 00:19:40     Internal Revenue Service,
                 Po Box 7346,    Philadelphia, PA 19101-7346
518493198      E-mail/Text: camanagement@mtb.com Oct 09 2019 00:19:54     M&T Bank,    PO Box 62182,
                 Baltimore, MD 21264-2182
518493199      E-mail/Text: GenesisFS@ebn.phinsolutions.com Oct 09 2019 00:21:01     Mid America B&T Genesis,
                 PO Box 4499,    Beaverton, OR 97076-4499
518493200      +E-mail/PDF: pa_dc_claims@navient.com Oct 09 2019 00:27:55     Navient,    123 S Justison St Fl 3,
                 Wilmington, DE 19801-5363
518493204      +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 00:27:44     Syncb/Lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
518493206      +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 00:27:08     Syncb/Paypal,   Po Box 965015,
                 Orlando, FL 32896-5015
518493207      +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 00:26:35     Syncb/Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
518494949      +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 00:26:34     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518493196      E-mail/Text: bncnotices@becket-lee.com Oct 09 2019 00:19:30     kohls department store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
                                                                                             TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518493205*     Syncb/Lowes,   PO Box 965005,    Orlando, FL 32896-5005
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin                Page 2 of 2                Date Rcvd: Oct 08, 2019
                              Form ID: 132               Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Stephanie    Shreter     on behalf of Debtor Denelle A. Agosto shreterecf@comcast.net,
               shreterlaw@gmail.com
              Stephanie    Shreter     on behalf of Joint Debtor David   Rios shreterecf@comcast.net,
               shreterlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 4
```