UNITED STATES BANKRUPTCY COURT
NEW JERSEY DISTRICT

Order Filed on October 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

STEPHANIE SHRETER, ESQUIRE
105 High Street
Mount Holly NJ 08060
609-265-9600
Attorney for the Debtor(s)

In Re:

**Denelle Agosto and
David Rios**
              Debtors

:Case #19-28791
:Chapter 13
:
:Hearing Date:  October 23, 2019
:Judge: Michael B. Kaplan

# ORDER TO IMPOSE THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 23, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been opened to the Court by Stephanie Shreter, Esq., attorney for the Debtors, and Stephanie Shreter having appeared on behalf of the Debtors and good cause having been shown;

It is on this 23rd day of October, 2019 ORDERED and ADJUDGED that the debtors having satisfied the requirements of 11 U.S.C.362 (c)(3)(B) the automatic stay shall be imposed.