UNITED STATES BANKRUPTCY COURT
NEW JERSEY DISTRICT

**Order Filed on October 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

STEPHANIE SHRETER, ESQUIRE
105 High Street
Mount Holly NJ 08060
609-265-9600
Attorney for the Debtor(s)

In Re:

| | | |
|---|---|---|
| | | :Case #19-28791 |
| | | :Chapter 13 |
| **Denelle Agosto and** | | : |
| **David Rios** | | :Hearing Date:  October 23, 2019 |
| | Debtors | :Judge: Michael B. Kaplan |

## ORDER TO IMPOSE THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby ORDERED.

**DATED: October 23, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been opened to the Court by Stephanie Shreter, Esq., attorney for the Debtors, and Stephanie Shreter having appeared on behalf of the Debtors and good cause having been shown;

It is on this 23rd day of October, 2019 ORDERED and ADJUDGED that the debtors having satisfied the requirements of 11 U.S.C.362 (c)(3)(B) the automatic stay shall be imposed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-28791-MBK
Denelle A. Agosto                                                               Chapter 13
David Rios
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 24, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db/jdb          Denelle A. Agosto,    David Rios,   24 Rochelle Dr,    Eastampton, NJ  08060-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Rebecca Ann Solarz   on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
          Stephanie  Shreter   on behalf of Debtor Denelle A. Agosto shreterecf@comcast.net,
           shreterlaw@gmail.com
          Stephanie  Shreter   on behalf of Joint Debtor David  Rios shreterecf@comcast.net,
           shreterlaw@gmail.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 5