Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–28791–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Denelle A. Agosto
24 Rochelle Dr
Eastampton, NJ 08060–2526

David Rios
24 Rochelle Dr
Eastampton, NJ 08060–2526

Social Security No.:
  xxx–xx–5154

xxx–xx–2108

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
  was entered on .

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 1, 2020
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-28791-MBK
Denelle A. Agosto                                                   Chapter 13
David Rios
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Apr 01, 2020
                             Form ID: 148          Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db/jdb          Denelle A. Agosto,    David Rios,    24 Rochelle Dr,    Eastampton, NJ 08060-2526
518493182       Apex Asset Managemen,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
518557065      ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
                (address filed with court:  BMW Financial Services,    Pob 78103,    Phoenix, AZ 85062)
518506950      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:  Credit Acceptance,    25505 West 12 MIle Road,    Southfield MI 48034)
518587746       Carvana, LLC,    PO Box 29018 phoenix AZ 85038
518493191      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court:  FSB Blaze Credit Card,    500 E 60th St N,
                Sioux Falls, SD 57104-0478)
518493192       #Great Plains Lending,    112 Paradise Dr Ste B,    Red Rock, OK 74651-2203
518493193       Hamilton Twp Municipal Court,    1270 Whitehorse Ave,    Hamilton, NJ 08619
518493194       Hummingbird Funds, LLC dba Blue Trust,    PO Box 1754,    Hayward, WI 54843-1754
518605854       +Lakeview Loan Servicing, LLC,    PO Box 840,    Buffalo, NY 14240-0840
518493197       Lakeview Loan Servicing, LLLC,    c/o KML Law Group PC,    216 Haddon Ave Ste 406,
                Westmont, NJ 08108-2812
518493201       New Century Financia,    c/o Eltman Law,    101 Hudson St Ste 2702,    Jersey City, NJ 07302-3929
518493203      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State Of New Jersey,    Po Box 245,
                Division Of Taxation-Bankruptcy Section,    Trenton, NJ 08695-0000)
518493202       State Of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
518493208       Trenton Municipal Court,    225 N Clinton Ave,    Trenton, NJ 08609-1015
518493209       Wakefield and Associates,    PO Box 50250,    Knoxville, TN 37950-0250


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 02 2020 02:47:18     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 02 2020 02:47:13     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518495472       E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Apr 02 2020 02:46:22
                Ascendium Education Solutions, Inc,    PO Box 8961,    Madison WI 53708-8961
518557806       +EDI: AISACG.COM Apr 02 2020 06:08:00     BMW Financial Services,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
518504899       +EDI: AISACG.COM Apr 02 2020 06:08:00     BMW Financial Services NA, LLC,
                AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518493183       +EDI: TSYS2.COM Apr 02 2020 06:08:00     Barclays Bank Delaware,    125 S West St,
                Wilmington, DE 19801-5014
518493184       EDI: TSYS2.COM Apr 02 2020 06:08:00     Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE 19899-8803
518493185       +EDI: CAPITALONE.COM Apr 02 2020 06:08:00     Capital One Bank Usa NA,    P.O. Box 30281,
                Salt Lake City, UT 84130-0281
518570785       EDI: BL-BECKET.COM Apr 02 2020 06:08:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
518493186       +EDI: WFNNB.COM Apr 02 2020 06:08:00     Comenity Bank/Victorias Secret,    Po Box 182273,
                Columbus, OH 43218-2273
518493187       E-mail/PDF: creditonebknotifications@resurgent.com Apr 02 2020 02:55:15     Credit One Ban,
                PO Box 98872,    Las Vegas, NV 89193-8872
518493188       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 02 2020 02:55:14     Credit One Bank,
                Po Box 98872,    Las Vegas, NV 89193-8872
518493189       EDI: TSYS2.COM Apr 02 2020 06:08:00     DSNB/Bloomingdales,    PO Box 8218,
                Mason, OH 45040-8218
518610292       EDI: Q3G.COM Apr 02 2020 06:08:00     Department Stores National Bank,    c/o Quantum3 Group LLC,
                PO Box 657,    Kirkland, WA 98083-0657
518493190       +EDI: AMINFOFP.COM Apr 02 2020 06:08:00     First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
518493195       EDI: IRS.COM Apr 02 2020 06:08:00     Internal Revenue Service,    Po Box 7346,
                Philadelphia, PA 19101-7346
518510577       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 02:55:37     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518493198       E-mail/Text: camanagement@mtb.com Apr 02 2020 02:46:55     M&T Bank,    PO Box 62182,
                Baltimore, MD 21264-2182
518606865       +EDI: MID8.COM Apr 02 2020 06:08:00     MIDLAND FUNDING LLC,    PO BOX 2011,
                WARREN MI 48090-2011
518493199       EDI: PHINGENESIS Apr 02 2020 06:08:00     Mid America B&T Genesis,    PO Box 4499,
                Beaverton, OR 97076-4499
518493200       +EDI: NAVIENTFKASMSERV.COM Apr 02 2020 06:08:00     Navient,    123 S Justison St Fl 3,
                Wilmington, DE 19801-5363
518560351       EDI: PRA.COM Apr 02 2020 06:08:00     Portfolio Recovery Associates, LLC,
                c/o Aadvantage Aviator Red,    POB 41067,    Norfolk VA 23541
518563485       EDI: PRA.COM Apr 02 2020 06:08:00     Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                POB 41067,    Norfolk VA 23541

```
District/off: 0312-3          User: admin           Page 2 of 2            Date Rcvd: Apr 01, 2020
                             Form ID: 148            Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518563484       EDI: PRA.COM Apr 02 2020 06:08:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
518563482       EDI: PRA.COM Apr 02 2020 06:08:00      Portfolio Recovery Associates, LLC,
                c/o Victorias Secret,   POB 41067,   Norfolk VA 23541
518586886      +EDI: JEFFERSONCAP.COM Apr 02 2020 06:08:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518587780       EDI: Q3G.COM Apr 02 2020 06:08:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                PO Box 788,   Kirkland, WA  98083-0788
518587781       EDI: Q3G.COM Apr 02 2020 06:08:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA  98083-0788
518493204      +EDI: RMSC.COM Apr 02 2020 06:08:00      Syncb/Lowes,   Po Box 965005,   Orlando, FL 32896-5005
518493206      +EDI: RMSC.COM Apr 02 2020 06:08:00      Syncb/Paypal,   Po Box 965015,   Orlando, FL 32896-5015
518493207      +EDI: RMSC.COM Apr 02 2020 06:08:00      Syncb/Walmart,   Po Box 965024,   Orlando, FL 32896-5024
518494949      +EDI: RMSC.COM Apr 02 2020 06:08:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
518598060      +EDI: RMSC.COM Apr 02 2020 06:08:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
518493196       E-mail/Text: bncnotices@becket-lee.com Apr 02 2020 02:46:36      kohls department store,
                PO Box 3115,   Milwaukee, WI  53201-3115
                                                                              TOTAL: 34


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518493205*     Syncb/Lowes,   PO Box 965005,   Orlando, FL  32896-5005
                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
```
        Albert  Russo   docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Rebecca Ann Solarz   on behalf of Creditor   LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
        Stephanie  Shreter   on behalf of Debtor Denelle A. Agosto shreterecf@comcast.net,
         shreterlaw@gmail.com
        Stephanie  Shreter   on behalf of Joint Debtor David  Rios shreterecf@comcast.net,
         shreterlaw@gmail.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                     TOTAL: 6
```